
FILED
MAY 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE      1:09-cr-00163-SMS-1
TRANSFER OF OFFENDERS
Pursuant to 18 U.S.C.
§ 4100, et seq.,

UNITED STATES OF AMERICA,     **ORDER**

        Plaintiff,

vs.

KJELL BORJE HILLEBORN,

        Defendant.
_____/

Pursuant to 28 U.S.C. § 636(g), the Honorable Sandra M. Snyder, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about May 19, 2009, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Sweden, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED. 15th

Entered this 22nd day of May, 2009, at Fresno, CA.

_____
Anthony W. Ishii,
Chief United States District Judge